# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICHMOND BOYD AND KAINA BOYD

VERSUS

KENNETH JOHNSON

NO.   2024 CW 0571

**AUGUST 23, 2024**

---

In Re:   Kenneth Johnson, applying for supervisory writs, 17th
Judicial District Court, Parish of Lafourche, No.
134656.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Rule 4-5(C)(11) of the Uniform Rules of Louisiana Courts of Appeal, as the writ application failed to include a copy of the notice of intent and return date order for this writ application. As a result, this court cannot ascertain the timeliness of this writ application.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before September 12, 2024, and must contain a copy of this ruling.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT



---
DEPUTY CLERK OF COURT
FOR THE COURT